FRANCIS ANDERSON *v.* COMMISSIONER OF CORRECTION

The petitioner Francis Anderson's petition for certification for appeal from the Appellate Court, 83 Conn. App. 595 (AC 24035), is denied.

*Arnold V. Amore II*, special public defender, in support of the petition.

*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided September 8, 2004